(Local Form OINCTX) (09/19)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| Jennifer Lynn Wright ) | Case Number:    19–41144–JMM |
| 521 W. D. Street ) | |
| Shoshone, ID 83352 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–6351 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

## INCOME TAX TURNOVER ORDER

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority (collectively herein "Tax Returns"), within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes Tax Returns for the preceding calendar or tax year. Be advised that this order includes Tax Returns for all prior years or periods for which Tax Returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: You are further ordered to deliver, to the trustee in this case, a copy of the Tax Returns, including any amended Tax Returns, which must be filed under and pursuant to the preceding paragraph, or a transcript of such Tax Returns. Copies of Tax Returns shall include any corresponding Forms W–2 and 1099.

DELIVERY OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required Tax Returns, failure to provide copies of all Tax Returns to your trustee or a transcript of such Tax Returns, or failure to turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case, and/or other possible sanctions.

THE TRUSTEE ASSIGNED to your case is:

      Gary L Rainsdon
      POB 506
      Twin Falls, ID 83303

Dated: 12/6/19

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court